

U.S. Department of Justice

United States Attorney
District of New Hampshire

Federal Building                    603/225-1552
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301

**2016 SEP 16  P 4: 23**

**U.S. DISTRICT COURT
DISTRICT OF NH
FILED**

September 16, 2016

Daniel Lynch, Clerk
United States District Court
The District of New Hampshire
Warren B. Rudman Federal Courthouse
55 Pleasant Street, Room 110
Concord, NH  03301-3941

Re:  In re The Matter of the Seizure of: Funds in Internet Archive Federal Credit
     Union account 10563000 in the name of Localtill LLC, and all proceeds
     traceable to that account
     No. 14-MJ-93-01-DL, U.S.D.C., D.N.H.

Dear Mr. Lynch:

This letter will confirm that the Court may unseal the above-referenced case at any time.

Please contact me if you have any questions.

Sincerely,

EMILY GRAY RICE
United States Attorney

By: Robert J. Rabuck
Robert J. Rabuck
Assistant U.S. Attorney